UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| ILLINOIS CONFERENCE OF TEAMSTERS & EMPLOYERS WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 05-3200 |
| GREG PINTER d/b/a PINTER EXCAVATING, | ) ) ) | |
| Defendant. | ) | |

## OPINION

The Court now considers Plaintiff's Motion for Default Judgment. Based on its review of the pleadings, the Court finds United States Magistrate Judge Charles Evans duly entered Default Judgment against Defendant on October 19, 2005.

ERGO, the Court orders:  Defendant to remit contributing reporting forms and applicable contributions for the months of May through December 2004; Judgment is entered in favor of Plaintiff and against Defendant for delinquent contributions for the months of

1

October and November 2003, in the amount of $1,840.00, penalties in the amount of $1,361.60, and late fees in the amount of $579.60; Judgment is entered in favor of Plaintiff and against Defendant for delinquent contributions for May and June 2005 in the amount of $2,380.00, and penalties in the amount of $298.20; Defendant is ordered to pay to Plaintiff attorney fees in the amount of $1,235.50, as provided by the trust agreements and ERISA, 29 U.S.C. §1132(g)(2); Defendant is directed to perform and continue to perform all its obligations to Plaintiff.

    IT IS SO ORDERED.

    ENTERED:  November 17, 2005.

    FOR THE COURT:                      s/ Richard Mills
                                                  United States District Judge